Nicholas Ranallo, Attorney at Law #275016
5058 57th Ave. South
Seattle, WA 98118
Telephone No.: (831) 607-9229
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Third-Party Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Silvertip Partners, LLC<br><br>　　Plaintiff,<br><br>v.<br><br>Proactive Preparedness, Inc.<br><br>　　Defendant.<br>v.<br>Ray McGucci, Edgar Lazarian, and Galust Mkrtchyan<br><br>　　Third Party Defendants | Case No: CV16-5826-VAP (ASx)<br><br>**Third-Party Defendants' Joint Answer to Proactive Preparedness' First Amended Third-Party Complaint** |

## ANSWER TO AMENDED THIRD PARTY COMPLAINT

Third-Party Defendants Edgar Lazarian and Galust Mkrtchyan (aka "Ray McGucci"), collectively submit this answer to Proactive Preparedness, Inc.'s (hereinafter "Proactive") First Amended Third Party Complaint, filed March 12, 2018 (ECF No. 37). All averments or allegations not specifically admitted herein are denied.

1. Paragraph 1 of Proactive's First Amended Complaint is not an intelligible sentence, and Third-Party Defendants are therefore unable to admit or deny any allegation therein. To the extent Paragraph 1 contains any allegation, Third-Party Defendants deny any such allegation.

2. Admitted.

3. Third-Party Defendants lack sufficient information to either confirm or deny the allegations in Paragraph 3 of Proactive's First Amended Complaint, and therefore deny such allegations.

4. Third-Party Defendants lack sufficient information to either confirm or deny the allegations in Paragraph 4 of Proactive's First Amended Complaint, and therefore deny such allegations.

5. Denied.

6. Denied.

7. Third-Party Defendants admit that Galust Mkrtchyan executed the contract for sale of survivalkit.com on behalf of Survivalkit.com, LLC, using his American name of Ray McGucci, and further admits that he identified himself as CFO for Survivalkit.com, LLC on the Addendum to the contract for sale.  Third-Party Defendants deny all additional allegations in Paragraph 7 of Proactive's First Amended Complaint, and specifically deny any attempt to defraud Proactive.

8. Third-Party Defendants lack sufficient information to either confirm or deny the allegations in Paragraph 8 of Proactive's First Amended Complaint, and therefore deny such allegations.

9. Denied.

10. Denied.

## ALLEGATION OF JURISDICTION

11. Third-Party Defendants deny that the Court has jurisdiction pursuant to 28 USC §1331, as Proactive's claims arise under state law, and do not present federal questions.  Third-Party Defendants deny that this court has jurisdiction pursuant to 15 U.S.C. §1125 as Proactive has not alleged any trademark causes of action.

12. Paragraph 12 states a conclusion of law, to which no response is required. To the extent a response is deemed to be required, Third-Party Defendants lack sufficient information to evaluate the allegations in Paragraph 12, and upon that basis deny them.

13. Third-Party Defendants admit that the contract at issue was executed in Los Angeles, CA. The remainder of Paragraph 13 states a conclusion of law, to which no response is required. To the extent that a response is deemed necessary, Third-Party Defendants deny the remaining allegations in Paragraph 13.

**FACTUAL ALLEGATIONS INCORPORATED INTO EACH CAUSE OF ACTION**

14. Third-Party Defendants repeat and incorporate by reference each admission and denial in the preceding paragraphs as though fully set forth herein.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

**FIRST CAUSE OF ACTION**

19. Third-Party Defendants repeat and incorporate by reference each admission and denial in the preceding paragraphs as though fully set forth herein. Third-Party Defendants deny the new allegations set forth in Paragraph 19 of Proactive's First Amended Complaint.

20. Denied.

21. Denied.

22. Third-Party Defendants deny that Proactive is entitled to attorney's fees and costs. Third-Party defendants further deny that Arizona state law has any implication on the instant suit.

## SECOND CAUSE OF ACTION

23. Third-Party Defendants repeat and incorporate by reference each admission and denial in the preceding paragraphs as though fully set forth herein.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Third-Party Defendants deny that Proactive is entitled to attorney's fees and costs. Third-Party defendants further deny that Arizona state law has any implication on the instant suit.

## THIRD CAUSE OF ACTION

29. Third-Party Defendants repeat and incorporate by reference each admission and denial in the preceding paragraphs as though fully set forth herein.

30. Third-Party Defendants lack sufficient information to either confirm or deny the allegations in Paragraph 30 of Proactive's First Amended Complaint, and therefore deny such allegations.

31. Denied.

32. Denied.

33. Third-Party Defendants repeat and incorporate by reference each admission and denial in the preceding paragraphs as though fully set forth herein.

34. Denied.

35. Denied.

**PRAYER FOR RELIEF**

Third-Party Defendants deny that Proactive is entitled to a judgment in any amount, and further denies that Proactive is entitled to punitive damages, exemplary damages, attorney fees, or any other relief that may be sought by Proactive via the instant suit.

Respectfully submitted this 26th day of March, 2018

> By: ___/s/ Nicholas Ranallo_____
> NICHOLAS RANALLO (SBN 275016)
> Attorney for Third-Party Defendants
> 5058 57th Ave. South
> Seattle, WA 98118
> Phone: (831) 607-9229
> Email: nick@ranallolawoffice.com